IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-25824 |
| | ) | |
| ARMATO PAVING, INC. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Pamela S. Hollis |
| Debtor. | ) | |

### ORDER APPROVING ON A FINAL BASIS THE
### FIFTH AMENDED DISCLOSURE STATEMENT

The hearing on the Fifth Amended Disclosure Statement ("Disclosure Statement") (docket #147 proposed by Armato Paving, Inc., the debtor ("Debtor") was held on August 3, 2017 before the Honorable Pamela S. Hollis, United States Bankruptcy Judge. Unless otherwise noted, all capitalized terms in this Order shall have the meaning as set forth in the Disclosure Statement.

After consideration of:

1. The Fifth Amended Disclosure Statement (docket #147);

2. Representations of counsel, and testimony of Dean Armato;

3. The Certificate of Service (docket # 165) regarding Order and Notice of Hearing on Adequacy of Disclosure Statement and Confirmation of Plan and Fixing Time for Filing Objections, Acceptances or Rejections of the Plan Combined with Notice Thereof; and

4. The records and files in this Chapter 11 Case.

And for the reasons set forth on the record at the hearing, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Amended Disclosure Statement (docket #147) is approved on a final basis.

ENTER:

_____
Pamela S. Hollis
United States Bankruptcy Judge

Dated: August 2, 2017.

Richard G. Larsen
Springer Brown, LLC
300 S. County Farm Rd., Ste. I
Wheaton, Ill. 60187
630-510-0000

2