## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Number 15-25824 |
| | ) | |
| ARMATO PAVING, INC., | ) | Chapter 11 |
| | ) | Judge Pamela S. Hollis |

### NOTICE OF MOTION ON DEBTOR'S MOTION FOR FINAL DECREE

To: Debtor, U.S. Trustee and all other parties in interest per attached Service list

The debtor's Fifth Amended Liquidation Plan ("Plan") was confirmed by entry of order by Bankruptcy Judge Pamela S. Hollis on August 3, 2017. Debtor has commenced payments under the Plan and has filed a Motion for Final Decree.

YOU ARE HEREBY NOTIFIED that a hearing on the motion for final decree will be held on the **21st day of December at 10:30 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable **Judge Pamela S. Hollis, in Courtroom 644, 219 S. Dearborn Street, Chicago, IL 60604,** at which time you may appear if you deem fit.

DATED this 12th day of December.

/s/ Richard G. Larsen
Attorney for Debtor

Richard G. Larsen
Springer Brown, LLC
300 S County Farm Road
Suite I
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com

### CERTIFICATE OF SERVICE

The undersigned certifies that he served the above and forgoing Notice and Motion by depositing in the United States Mail at Wheaton, Illinois, a true and correct copy therof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein on the **12th day of December.**

/s/ Richard G. Larsen
Attorney for Debtor

## SERVICE LIST

Patrick S Layng
Office of the U.S. Trustee
219 S Dearborn St, Rm 873
Chicago, IL 60604
*(Via Electronic Service)*
USTPRegion11.ES.ECF@usdoj.gov

***VIA REGULAR U.S. MAIL AND E-MAIL***

Stephen G. Wolfe
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Steve.G.Wolfe@usdoj.gov

Frank J. Kokozska
Kokoszka & Janczur, P.C.
19 S. LaSalle
Suite 1201
Chicago, IL 60603
fkokoszka@k-jlaw.com

Andrew Dryjanski
Bureau Chief
Assistant Attorney General
Unemployment Insurance Bureau
Illinois Department of Employment Security
33 S. State Street, Suite 992
Chicago, IL 60603
Andrew.Dryjanski@illinois.Gov

Robert Lynch
Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
Robert.lynch2@illinois.gov

Michael Kelly
U.S. Department of Justice
219 S. Dearborn St.
5th Floor
Chicago, IL 60604
Michael.Kelly@usdoj.gov

Laura M. Finnegan
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams St., Ste 2200
Chicago, IL 60606
lmfinnegan@baumsigman.com

Sara Schumann
Allison, Slutsky & Kennedy
230 W. Monroe St., Ste 2600
Chicago, IL 60606
schumann@ask-attorneys.com

### *VIA U.S. MAIL*

Dean Armato Sr.
44 W. 25th Street
Chicago Heights, IL 60411

Advantage Paving Solutions, Inc.
19148 104th Ave.
Suite 777
Mokena, IL 60448

American InfoSource LP
T Mobile/T-Mobile USA Inc.
P.O. Box 248848
Oklahoma City, OK 73124-8848

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606

Health and Welfare Fund
c/o Baum Sigman Auerbach & Neuman
200 W. Adams Street, Ste. 2200
Chicago, IL 60606-5231

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Laborers Pension Fund
c/o Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, #2600
Chicago, IL 60604

Midwest Operating Engineers Fringe
6150 Joliet Road
LaGrange, IL 60525-3994

US Bank
400 City Center
Oshkosh, WI 54901-4969

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case Number 15-25824 |
| ) | |
| ARMATO PAVING, INC., ) | Chapter 11 |
| ) | Judge Pamela S. Hollis |

## MOTION FOR FINAL DECREE AND ORDER CLOSING CASE

NOW COMES the Debtor, ARMATO PAVING, INC., by its attorneys, Richard G. Larsen and Springer Brown, LLC., and for its Motion for Final Decree pursuant to Bankruptcy Rule 3022 and Local Rule 3022-1, states as follows:

1. The order confirming the Debtor's Fifth Amended Plan of Liquidation dated August 3, 2017 ("Plan") was entered on August 3, 2017 and is a final order of this Court.

2. The status of payments due to each class and interest under the plan is as follows as of the date of presentment of this Motion:

   A. Costs of Administration

   Costs of Administration are paid in full.

   B. Class 1 – U.S. Bank

   The claim of U.S. Bank has been paid in full.

   C. Class 2 – 507(a)(5) Priority Claims for Unpaid Contributions and Benefits

   Class 2 claims have been paid in full.

   D. Class 3 – Unsecured Creditors

   After payment of the above classes, remaining funds are in possession of the disbursing agent for payment to unsecured creditors.

3. Contested matters and adversary proceedings have been resolved.

4. All current 11 U.S.C. §1930 quarterly fees and Court costs have been paid.

5. Debtor's counsel has notified all creditors of the estate of the scheduled hearing for final decree in this matter, as per the Certificate of Service. A proposed order is appended to this Motion.

WHEREFORE, Debtor prays for entry of a final decree closing this matter and for such other relief as the Court deem just.

Dated: 12th day of December.

Respectfully submitted

**ARMATO PAVING, INC.**

By:/s/Richard G. Larsen
One of his attorneys

Richard G. Larsen
Springer Brown, LLC
300 S. County Farm Road
Suite I
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com