UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-25824 |
| ARMATO PAVING, INC. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE AND ORDER CLOSING CASE

The Fifth Amended Liquidation Plan under Chapter 11 of the Bankruptcy Code, was confirmed on August 3, 2017, and the time for appeal having elapsed with no appeal or notice of appeal having been filed; and notice of the Debtor's Application for Final Decree having been given to all parties in interest, and the Court being advised in the premises, FINDS, based upon representations of Counsel,

1. Costs of administration are paid in full.

2. All 11 U.S.C. Section 1930 quarterly fees have been paid and all court costs have been paid.

3. All payments to Class 1 and 2 haven been made and the remaining funds are in possession of the disbursing agent.

4. There is no pending bankruptcy litigation including motions, contested matters, or adversary proceedings by or against the Debtor.

IT IS HEREBY ORDERED:

That the case is hereby closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  December 21, 2017

**Prepared by:**

Richard G. Larsen
Springer Brown, LLC
300 S. County Farm Rd., Ste. I
Wheaton, Ill. 60187
630-510-0000
rlarsen@springerbrown.com